**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

# NOTICE OF REASSIGNMENT AND STANDING ORDER

Please be advised that this case has been reassigned to the Hon. Antonio M. Pozos.

Counsel shall follow Judge Pozos' Policies and Procedures which can be found at: https://www.paed.uscourts.gov/judges-info/district-court-judges/antonio-m-pozos

**Within ten (10) days of this Order, the parties shall file with the Court, via ECF, a Joint Status Report, not to exceed ten (10) pages, containing the following:**

1. A concise summary of the case, including a description of the parties, the identities of lead counsel, the factual background, claims and defenses at issue, and relevant procedural history.

2. A summary of any pending motions, including the relief sought, a brief overview of the parties' arguments, citation any controlling legal authorities, and whether any motion has the potential to entirely resolve the case, or to substantially narrow the claims, defenses, or other areas of dispute between the parties such that resolution of any motions may obviate the need for trial.

3. Whether the parties anticipate filing further pretrial motions, including the nature of the anticipated motions, and any discovery or other proceedings that must be completed before such motions are filed.

4. The status of discovery, including whether document discovery, written discovery, depositions, and/or any expert discovery have been completed and, if not, when the parties anticipate that such discovery will be completed. If there are discovery disputes that require the Court's attention, briefly summarize the nature of the dispute, including the subject

matter of the disputed discovery, the type and volume of discovery implicated by the dispute, and the nature of the objections posed to the discovery sought (e.g., privilege, undue burden and expense, etc.).

5. Whether the parties have engaged in settlement discussions, the status of those discussions, and whether the parties believe that the case would benefit from referral to the Magistrate Judge for a settlement conference.

6. Whether the matter is eligible for arbitration under Local Civil Rule 53.2, and, if so, whether the parties request to proceed via arbitration.

7. Any other issues that the parties believe it would be important to bring to the Court's attention.

8. Where the parties disagree on an item to be included in the Joint Status Report, or take a different position on an item, the parties may state their positions separately and identify their respective positions as such.

9. The parties shall meet and confer before filing the Joint Status Report, either in person or by video conference, and shall discuss the contents of the report, and the parties' respective positions, in an attempt to narrow or resolve any outstanding areas of disagreement prior to filing the Joint Status Report. The Joint Status Report must specify the length of the conference, identify the parties and/or counsel (including lead counsel) that participated in the conference, note whether the conference was conducted in person or via video conference, and state whether the parties were able to resolve any areas of disagreement.

Dated: August 31, 2026

/s/Antonio M. Pozos
**Antonio M. Pozos, J.**